UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OMARR JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF VANCOUVER et al.,<br><br>            Defendants. | CASE NO. 3:23-cv-05009-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 12) |

The Court, having reviewed the report and recommendation (Dkt. No. 12) from United States Magistrate Judge Theresa L. Fricke, Plaintiff's application to proceed *in forma pauperis* and proposed complaint, and having conducted a de novo review of the record, hereby finds and ORDERS:

1. The report and recommendation is APPROVED and ADOPTED;

2. Plaintiff's application to proceed *in forma pauperis* is DENIED; and

3. Plaintiff's complaint is DISMISSED without prejudice.

Dated this 1st day of August, 2023.

David G. Estudillo
United States District Judge